Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SEAN PAUL NEVETT and,<br>SHANNON LEE NEVETT,<br><br>  Debtors. | Case No.: 15-07986-CL7<br><br>Adv. No.: 17-90220-CL<br><br>NOTICE OF EARLY CONFERENCE OF COUNSEL PURSUANT TO LOCAL BANKRUPTCY RULE 7016-2 |
| LESLIE T. GLADSTONE, Chapter 7 Trustee,<br><br>  Plaintiff,<br><br>v.<br><br>VSTOCK TRANSFER, LLC, a California limited liability company,<br><br>  Defendant. | |

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 7016-2, all parties must comply with LBR 7016-2. In this regard, a copy of Local Form 3018, entitled Certificate of Compliance with Early Conference of Counsel, is attached hereto.

FINANCIAL LAW GROUP

Dated: December 15, 2017       By:   /s/ Christin A. Batt
                                     Christin A. Batt, Esq.
                                     Attorneys for Leslie T. Gladstone, Trustee

1

# ATTACHMENT

CSD 3018 [03/01/15]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, SBN 144615
Christin A. Batt, SBN 222584
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone: (858) 454-9887, Facsimile: (858) 454-9596
Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re SEAN PAUL NEVETT and
SHANNON LEE NEVETT,

Debtor.

BANKRUPTCY NO. 15-07986-CL7

LESLIE T. GLADSTONE, Chapter 7 Trustee

Plaintiff(s)

ADVERSARY NO. 17-90220-CL

v.
VSTOCK TRANSFER, LLC, a California limited liability company,

Defendant(s)

Date & Time of Pre-Trial Status Conference:

Name of Judge: Hon. Christopher B. Latham

**CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL**
**[LOCAL BANKRUPTCY RULE 7016-1]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL requirements in accordance with Local Bankruptcy Rule 7016-1(c):

**A.     PLEADINGS/SERVICE:**

1.  Have all parties been served?                                                                                   ☐ Yes    ☐ No

2.  Have all parties filed and served answers to the complaint, counter-complaints, etc.?     ☐ Yes    ☐ No

**B.     DISCOVERY PLAN:**

1.  Fed. R. Bankr. P. 7026 and Local Bankruptcy Rule 7016-1(a)(3) require the parties to meet within thirty (30) days after all defendants have appeared or, in cases having multiple defendants, within forty-five (45) days after the first defendant appears.  The parties to this case met on _____.

2.  The parties have agreed to make the disclosures required by Fed. R. Bankr. P. 7026(a)(1) by _____.

3.  **(Check one)**
    A.   The parties have agreed on the discovery plan attached as Exhibit A.                         ☐

    or

    B.   The parties cannot agree on a discovery plan and scheduling order.  The attached    ☐
         Exhibit A sets forth the parties' disagreements and reasons for each party's position.

CSD 3018

C.  **SETTLEMENT OR MEDIATION:**

    1.  What is the status of settlement efforts?

    2.  Has this dispute been formally mediated? If so, when?

    3.  Has mediation been discussed with your client? (See Local Bankruptcy Rule 7016-3.)
       Plaintiff                     Defendant
       ☐ Yes     ☐ No      ☐ Yes     ☐ No

    4.  The parties desire to go to voluntary, non-binding mediation. (See Administrative Procedures, Section 5) They have reviewed the list of mediators on the court's website (**www.casb.uscourts.gov**) or obtained the list from the court and have selected the following persons subject to availability as first, second, and third choices for mediator:
        First Choice:
        Second Choice:
        Third Choice:
Parties are requested to notify the courtroom deputy of their preferences at the time a pre-trial status conference date is obtained.

D.  **READINESS FOR TRIAL:**

    1.  When will you be ready for trial in this case?
        Plaintiff                                             Defendant

    2.  If your answer to the above is more than five (5) months after the summons issued in this case, give reasons for further delay.
        Plaintiff                                             Defendant

    3.  When do you expect to complete *your* discovery efforts?
        Plaintiff                                             Defendant

    4.  What additional discovery do you require to prepare for trial?
        Plaintiff                                             Defendant

E.  **TRIAL TIME:**

    1.  What is your estimate of the time required to present *your side of the case* at trial (including rebuttal stage, if applicable)?
        Plaintiff                                             Defendant

    2.  How many witnesses do you intend to call at trial (including opposing parties)?
        Plaintiff                                             Defendant

    3.  Are any of the witnesses considered expert witnesses (Fed. R. Evid. 702)? If so, the parties agree to identify their expert witnesses by _____
(See Fed. R. Bankr. P. 7026(a)(2)(C))

CSD 3018 (Page 3) [03/01/15]

    4.    How many exhibits do you anticipate using at trial?

           <u>Plaintiff</u>                              <u>Defendant</u>

    5.    Are any special accommodations required for witnesses (e.g., assisted listening devices, etc.)?  Check one:

        ☐ No                         ☐ Yes – Please specify:

    6.    Is any special equipment required for presentation of evidence?  Check one:

        ☐ No                         ☐ Yes – Please specify:

**F.**    **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Dated: _____        Dated: _____

Firm Name                                       Firm Name

By: _____        By: _____
Name:                                            Name:

Attorney for:  Plaintiff                     Attorney for:  Defendant

**Local Bankruptcy Rule 7016-1(c) requires this form to be filed no later than seven (7) days after early conference of Counsel.**

CSD 3018

CSD 3018 (Page 4) [03/01/15]

**EXHIBIT A**

1. **DISCOVERY PLAN**. The parties jointly propose to the court the following discovery plan: [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

    Discovery will be needed on the following subjects: (brief description of subjects on which discovery will be needed)

    All discovery commenced in time to be completed by _____ . [Discovery on (issue for early discovery) to be completed by _____ .]

    Maximum of _____ interrogatories by each party to any other part. [Responses due _____ days after service.]

    Maximum of _____ requests for admission by each party to any other party. [Responses due _____ days after service.]

    Maximum of _____ depositions by plaintiff(s) and _____ by defendant(s).

    Each deposition [other than of _____ ] limited to maximum of _____ hours unless extended by agreement of parties.

    Reports from retained experts under Fed. R. Bank. P. 7026(a)(2) due:

    a) from plaintiff(s) by _____

    b) from defendant(s) by _____

    Supplementations under Fed. R. Bank. P. 7026(e) due (time(s) or interval(s) _____ ).

2. **OTHER ITEMS**. [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

    Plaintiff(s) should be allowed until _____ to join additional parties and until _____ to amend the pleadings.

    Defendant(s) should be allowed until _____ to join additional parties and until _____ to amend the pleadings.

    All potentially dispositive motions should be filed by _____ .

    Final lists of witnesses and exhibits under Fed. R. Bank. P. 7026(a)(3) should be due

    a) from plaintiff(s) by _____

    b) from defendant(s) by _____

    Parties should have _____ days after service of final lists of witnesses and exhibits to list objections under Fed. R. Bank. P. 7026(a)(3).

    [Other matters.]

CSD 3018