CSD 3010 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq., (SBN 144615)
Christin A. Batt, Esq., (SBN 222584)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

SEAN PAUL NEVETT and
SHANNON LEE NEVETT,
                              Debtors.

BANKRUPTCY NO. 15-07986-CL7

LESLIE T. GLADSTONE, Chapter 7 Trustee
                              Plaintiff,

ADVERSARY NO. 17-90220-CL

v.

VSTOCK TRANSFER, LLC, a California limited liability company,
                              Defendant.

**PROOF OF SERVICE**

I, Sandra Young, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents [describe each document served]:

**SUMMONS IN AN ADVERSARY PROCEEDING; COMPLAINT FOR AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS AND DISALLOWANCE OF CLAIM; AND NOTICE OF EARLY CONFERENCE OF COUNSEL PURSUANT TO LOCAL BANKRUPTCY RULE 7016-2**

on December 15, 2017 by:
    [date]

[X]  Mail Service - **First Class United States mail**, postage fully pre-paid, addressed to:

VStock Transfer, LLC
Attention: Yoel Goldfeder, CEO
18 Lafayette Place
Woodmere, NY 11598
*Defendant*
*Via First Class U.S. Mail Service*

VStock Transfer, LLC
Agent for service of process: VCorp Services CA Inc.
818 West Seventh Street, Suite 930
Los Angeles, CA 90017
*Defendant*
*Via First Class U.S. Mail Service*

[ ]  Personal Service-By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

Under penalty of perjury, I declare that the foregoing is true and correct.

December 15, 2017                    /s/ Sandra Young
    [Date]                              [Signature]

| Print Name | Sandra Young |
|---|---|
| Business Address | 401 Via Del Norte |
| City, State, ZIP | La Jolla, CA 92037 |

CSD 3010