CSD 3010 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Baruch C. Cohen, Esq. (SBN 159455)
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
Tel: (323) 937-4501 Fax: (323) 937-4503
email: baruchcohen@baruchcohenesq.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re    SEAN PAUL NEVETT and
         SHANNON LEE NEVETT
                                    Debtor.

BANKRUPTCY NO. 15-07986-CL7

LESLIE T. GLADSTONE, Chapter 7 Trustee
                                    Plaintiff(s)

ADVERSARY NO. 17-90220-CL

v.
VSTOCK TRANSFER, LLC, a California
Limited Liability Company
                                    Defendant(s)

# PROOF OF SERVICE

I, __Baruch C. Cohen__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __January 24, 2018__, I served the following documents:

ANSWER TO COMPLAINT FOR AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS AND DISALLOWANCE OF CLAIM

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __January 24, 2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Christin A. Batt for Leslie T. Gladstone christinb@flgsd.com, sandray@flgsd.com; candic@flgsd.com; leslieg@flgsd.com; andrewg@flgsd.com

☒   Chapter 7 Trustee: Leslie T. Gladstone candic@flgsd.com, candic@flgsd.com; christinb@flgsd.com; sandray@flgsd.com; ltg@trustesolutions.net; andrewg@flgsd.com

☒   For Chpt. 7, 11, & 12 cases:       ☐ For ODD numbered Chapter 13 cases:       ☐ For EVEN numbered Chapter 13 cases:
    UNITED STATES TRUSTEE                 THOMAS H. BILLINGSLEA, JR., TRUSTEE         DAVID L. SKELTON, TRUSTEE
    ustp.region15@usdoj.gov               Billingslea@thb.coxatwork.com               admin@ch13.sdcoxmail.com
                                                                                      dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [12/01/15] (Page 2)

2. **Served by United States Mail or Overnight Mail**:

   On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail**:

   Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  1/24/2018                             /s/ Baruch C. Cohen
             (Date)                                (Typed Name and Signature)

                                                   4929 Wilshire Boulevard, Suite 940
                                                   (Address)

                                                   Los Angeles, California 90010
                                                   (City, State, ZIP Code)

CSD 3010