CSD 3010 [12/01/15]
Name, Address, Telephone No. & I.D. No.

LAW OFFICE OF THOMAS K. BOURKE
Thomas K. Bourke (SBN 56333)
601 W. 5th Street, Eighth Floor
Los Angeles, CA 90071
213-623-1092
Talltom2@aol.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Megan Christina Young<br><br>Debtor. | BANKRUPTCY NO. 3:17-bk-01085-CL |
| Shannon Ng<br><br>Plaintiff(s) | ADVERSARY NO. 3:17-ap-90120 |
| v.<br>Megan Christina Young<br><br>Defendant(s) | |

# PROOF OF SERVICE

I, __Matty Uitz__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __08/23/17__, I served the following documents:

Certificate of Compliance with Early Conference of Counsel (CSD 3018)

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __08/23/17__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Bill Parks, attorney for Defendant, at attparks@aol.com

☐ Chapter 7 Trustee:

☑ For Chpt. 7, 11, & 12 cases:  ☐ For ODD numbered Chapter 13 cases:  ☐ For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [12/01/15] (Page 2)

2. **Served by United States Mail or Overnight Mail**:

On  08/23/17  ,I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

Bill Parks
Law Office of Bill Parks
316 South Melrose Drive
Vista, CA 92081

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  08/23/17          Matty Uitz
             (Date)             (Typed Name and Signature)

                                601 W. 5th Street, Eighth Floor
                                (Address)

                                Los Angeles, CA, 90071
                                (City, State, ZIP Code)

CSD 3010